UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/10/2020

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

v.

WHERE TO GET IT SERVICES, LLC,

Defendants.

No. 20-CV-2349 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 8, 2020, Plaintiffs filed an affidavit of service stating that Defendant was served on June 4, 2020. Defendant's answer was due on June 25, 2020. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by July 31, 2020. If Defendant fails to do so, and Plaintiffs intend to move for default judgment, they shall do so by August 14, 2020.

Plaintiff is ordered to serve Defendant with a copy of this order by July 14, 2020 and to promptly file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: July 10, 2020
New York, New York

Ronnie Abrams
United States District Judge