

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Fax: (212) 943-9082

**Nicole Marimon**
Partner
nmarimon@vandallp.com

October 28, 2020

<u>VIA ECF</u>

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Trustees of the New York City District Council of Carpenters Pension, et al. v. Where to Get It Services, LLC</u>, 20 CV 2349 (RA)

Dear Judge Abrams:

    This firm represents the Plaintiffs in the above-referenced case. We write pursuant to your Honor's October 28, 2020 Order scheduling a conference for October 30, 2020 at 10:30 a.m. I have a previously scheduled arbitration hearing in another matter at 10:30 a.m. on Friday. Accordingly, I respectfully request, on consent, a short adjournment of the telephone conference. Counsel for Defendant Where to Get it Services, LLC and I are both available after 12:00 p.m. on October 30, 2020 and after 10:30 a.m. on both November 2 and November 3, 2020.

    We thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Nicole Marimon, Esq.
                                          *Attorneys for Plaintiffs*

cc: Michelle Callner, Esq. (via ECF)

                                          Application granted. The status conference is hereby adjourned to November 2, 2020 at 12:00 p.m.

                                          SO ORDERED.

                                          _____
                                          Hon. Ronnie Abrams
                                          October 29, 2020