**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 11/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

    Plaintiffs,

v.

WHERE TO GET IT SERVICES, LLC,

    Defendants.

No. 20-CV-2349 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, the parties are hereby ORDERED to submit a joint letter, by no later than December 2, 2020, updating the Court on the status of this case, and proposing next steps. The deadline for Defendant to respond to the Complaint is hereby stayed pending receipt of the parties' joint letter.

SO ORDERED.

Dated:    November 2, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge